United States District Court
Southern District of Texas
**ENTERED**
April 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ROBERT SESSIONS,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**DIRECTIONAL PROJECT SUPPORT, INC.,** and **WILLIAM GARDNER,**<br><br>Defendants. | **CASE NO. 4:22-cv-01390** |

ORDER GRANTING
**JOINT STIPULATION OF DISMISSAL**

Plaintiff Robert Sessions, and Defendants Directional Project Support, Inc., and William Gardner (collectively, the "Parties"), by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby present to this honorable Court that they stipulate to the dismissal of this action **with** prejudice. Accordingly, Plaintiff hereby dismisses this action **with** prejudice, with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

*/s/ Katherine Serrano*
Katherine Serrano
J. Forester
**FORESTER HAYNIE, PLLC**
400 North Saint Paul Street, Ste. 700
Dallas, TX 75201
(214) 210-2100 phone
(469) 399-1070 fax
kserrano@foresterhaynie.com
jay@foresterhaynie.com

*/s/ Josef F. Buenker*
Josef F. Buenker
**THE BUENKER LAW FIRM**
P.O. Box 10099

Houston, TX 77206
713-868-3388
Fax: 713-683-9940
jbuenker@buenkerlaw.com

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Anthony Laurent Laporte*
Anthony Laurent Laporte
Zachary Smith
**HANSZEN LAPORTE LLP**
14201 Memorial Dr
Houston, TX 77079
713-522-9444
Fax: 713-524-2580
alaporte@hanszenlaporte.com
zsmith@hanszenlaporte.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was electronically served on all counsel of record via the Court's Electronic Filing System.

*/s/ Katherine Serrano*
Katherine Serrano

IT IS SO ORDERD on this 27th day of April, 2023.

_____
**GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE**